**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alberto Guadalupe Gallegos RAMIREZ, also known as Alberto Gallegos–Ramirez, also known as Alberto R. Gallegos, also known as Alberto Gallegos Ramirez, also known as Noberto Mor-**
**eno, also known as Alberto Ramirez Ramirez, also known as Alberto Guadalupe Gallegos, Defendant–Appellant.**

**No. 13–20260**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 16, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Alberto Guadalupe Gallegos Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Gallegos Ramirez has not filed a response.

Because Gallegos Ramirez has completed the confinement portion of his sentence, has evinced a desire to appeal only his sentence, and has been removed from the United States, his appeal is now moot. *See United States v. Rosenbaum–Alanis,*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

483 F.3d 381, 382–83 (5th Cir.2007). Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.